**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-7526**

─────────────

JACK HINCHMAN,

Plaintiff - Appellant,

versus

PRIME CARE MEDICAL, Central Regional Jail,

Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. Irene M. Keeley, Chief District Judge. (CA-01-93-1)

─────────────

Submitted: November 8, 2001      Decided: November 20, 2001

─────────────

Before WILKINS, MICHAEL, and KING, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Jack Hinchman, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jack Hinchman appeals from the district court's order denying his motion for reimbursement. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Hinchman v. Prime Care Medical</u>, No. CA-01-93-1 (N.D.W. Va. Aug. 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>